UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************

TIMOTHY BRIAN ASHLEY,

        Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 14-40
Hon. Thomas J. McAvoy

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

        This matter having been opened to the Court by Steven R. Dolson for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Tomasina DiGrigoli, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of two thousand nine hundred and eighty-three dollars and thirty-two cents ($2,983.32) in attorney's fees, plus four hundred dollars ($400.00) in costs, the Court having reviewed the record in this matter;

IT IS on this 26th day of March , 2015;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of two thousand nine hundred and eighty-three dollars and thirty-two cents ($2,983.32) in attorney's fees, plus four hundred dollars ($400.00) in costs. Fees are payable to plaintiff, but if plaintiff has agreed to transfer her rights to EAJA fees to her attorney, payable to the attorney, provided that plaintiff does not owe a debt subject to offset under the Treasury Offset Program.

THOMAS J. McAVOY, District Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ Tomasina DiGrigoli
Tomasina DiGrigoli
Special Assistant U.S. Attorney
Bar No. 514002

STEVEN R. DOLSON

By: /s/ Steven R. Dolson
Steven R. Dolson
Attorney for Plaintiff
Bar No. 512788